**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6298**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CRISHONE CRYSTAL JOHNSON,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg. Samuel G. Wilson, District Judge. (5:96-cr-30022-SGW)

Submitted: May 10, 2007

Decided: May 15, 2007

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Crishone Crystal Johnson, Appellant Pro Se. Ray B. Fitzgerald, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Crishone Crystal Johnson appeals a district court order denying her motion filed under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the district court order and the record and affirm for the reasons cited by the district court. See United States v. Johnson, No. 5:96-cr-30022-SGW (W.D. Va. Feb. 2, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED